

NUMBER 13-11-00554-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

PRO-MED EMS L.L.C., D/B/A PRO MEDIC EMS,        Appellant,

v.

SYLVIA SANCHEZ, AS ADMINISTRATOR OF THE
ESTATE OF DELIA L. RUIZ, DECEASED,        Appellee.

On appeal from the 139th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Pro Med EMS L.L.C d/b/a Pro Medic EMS has filed a Notice of Dismissal and Alternative Motion to Dismiss Appeal stating that the parties have settled, and has attached an Order of Dismissal from the trial court. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and the motion to dismiss the appeal, is of the opinion that the motion should be granted.  *See* TEX. R. APP. P. 42.1(a).  The motion to dismiss is granted, and the appeal is hereby DISMISSED. Pursuant to agreement, each party's costs will be taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").  Having dismissed the appeal at joint request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
26th day of April, 2012.